1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD WARREN,

        Plaintiff(s),

   v.

CIGNA CORPORATION, LIFE INSURANCE COMPANY OF
NORTH AMERICA, CIGNA LIFE INSURANCE COMPANY OF
NEW YORK, and DOES 1-100, inclusive,

        Defendant(s).
_____ /

No. C V07-06144

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: December 11, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_Sean P Nalty_

Signature SEAN P. NALTY, ESQ.

Counsel for Defendants

(Plaintiff, Defendant, or indicate "pro se")

NDC-06