IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARREN, | No. C 07-06144SI |
| Plaintiff, | **NOTICE** |
| v. | |
| CIGNA COPRP., | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, March 14, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 27, 2007          RICHARD W. WIEKING, Clerk

Sutton

Tracy Sutton
Deputy Clerk