1  Sean P. Nalty, Esq. (State Bar No. 121253)
   WILSON, ELSER, MOSKOWITZ,
2  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF AMERICA,
6  CIGNA CORPORATION & CIGNA LIFE
   INSURANCE COMPANY OF NEW YORK

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   RONALD WARREN,                      )  Case No. CV07-06144
12                                      )
              Plaintiffs,               )  STIPULATION FOR DISMISSAL OF
13                                      )  CIGNA LIFE INSURANCE COMPANY
         v.                             )  OF NEW YORK AND CIGNA
14                                      )  CORPORATION WITHOUT
   CIGNA CORPORATION, LIFE             )  PREJUDICE
15  INSURANCE COMPANY OF NORTH          )
   AMERICA, CIGNA LIFE INSURANCE        )
16  COMPANY OF NEW YORK, and DOES 1-    )  Action filed:    November 6, 2007
   100,                                 )
17                                      )
              Defendants.               )
18                                      )

19

20

21

22

23

24

25

26

27

28

                                        1

1    Plaintiff Ronald Warren, through his counsel of record, Michael Kelly, Walkup, Melodia,

2  Kelly, Wecht & Schoenberger, and defendants CIGNA Corporation, Life Insurance Company of

3  North American, and CIGNA Life Insurance Company of New York, through their counsel of

4  record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby stipulate to the

5  following:

6    CIGNA Corporation and CIGNA Life Insurance Company of New York hereby are

7  dismissed from this matter without prejudice.

8

9  Dated:  December 13, 2007    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

10

11    By: _____

12    SEAN P. NALTY
    Attorneys for Defendants

13  LIFE INSURANCE COMPANY OF AMERICA, CIGNA
  CORPORATION & CIGNA LIFE INSURANCE COMPANY OF

14  NEW YORK

15

16    WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

17

18    By: _____

19    MICHAEL A. KELLY
    Attorneys for Plaintiff RONALD WARREN

20
    ORDER
21

22    Pursuant to the stipulation of the parties set forth above, and good cause appearing therefore,
  it is hereby ordered that CIGNA Corporation and CIGNA Life Insurance Company of New York

23  are hereby dismissed from this matter without prejudice.

24  Dated:  _____

25
    _____
26    United States District Court Judge

27

28

Stipulation for Dismissal of CIGNA Corporation and CIGNA Life Insurance Company of New York

316939.1                                    Case No. CV07-06144