1 | Sean P. Nalty, Esq. (State Bar No. 121253)
2 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
4 | Facsimile:    (415) 434-1370

5 | Attorneys for Defendants
LIFE INSURANCE COMPANY OF AMERICA,
6 | CIGNA CORPORATION & CIGNA LIFE INSURANCE COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD WARREN, | ) Case No. CV07-06144 |
|---|---|
| Plaintiffs, | ) |
| v. | ) STIPULATION FOR DISMISSAL OF CIGNA LIFE INSURANCE COMPANY OF NEW YORK AND CIGNA CORPORATION WITHOUT PREJUDICE |
| CIGNA CORPORATION, LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA LIFE INSURANCE COMPANY OF NEW YORK, and DOES 1-100, | ) Action filed:   November 6, 2007 |
| Defendants. | ) |

1  Plaintiff Ronald Warren, through his counsel of record, Michael Kelly, Walkup, Melodia,
2  Kelly, Wecht & Schoenberger, and defendants CIGNA Corporation, Life Insurance Company of
3  North American, and CIGNA Life Insurance Company of New York, through their counsel of
4  record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby stipulate to the
5  following:
6  CIGNA Corporation and CIGNA Life Insurance Company of New York hereby are
7  dismissed from this matter without prejudice.

Dated: December 13, 2007    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
SEAN P. NALTY
Attorneys for Defendants
LIFE INSURANCE COMPANY OF AMERICA, CIGNA
CORPORATION & CIGNA LIFE INSURANCE COMPANY OF
NEW YORK

WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER

By: _____
MICHAEL A. KELLY
Attorneys for Plaintiff RONALD WARREN

ORDER

Pursuant to the stipulation of the parties set forth above, and good cause appearing therefore, it is hereby ordered that CIGNA Corporation and CIGNA Life Insurance Company of New York are hereby dismissed from this matter without prejudice.

Dated: _____

_____
United States District Court Judge