1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

10  Warren,                                    07-06144 SI

11              Plaintiff(s),                  **NOTICE RE: NONCOMPLIANCE
                                               WITH COURT ORDER**

12      v.

13  CIGNA Corporation,

14              Defendant(s).

15

16      The parties have failed to file an ADR Certification and either a Stipulation and

17  [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18  Conference as required by the Initial Case Management Scheduling Order.  Counsel

19  shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20  matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21  an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22  **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23  ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24  at www.adr.cand.uscourts.gov.)

25

26      Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27  copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

---

**Notice Re: Noncompliance With Court Order**
07-06144 SI                                    -1-

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur <u>before</u> the Case Management Conference.

6

7

8   Dated: February 27, 2008

9                                                   RICHARD W. WIEKING
                                                    Clerk
10                                                  by:    Timothy J. Smagacz

11

12                                                  _____
                                                    ADR Administrative Assistant
13                                                  415-522-4205
                                                    Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**PROOF OF SERVICE**

Case Name:          Warren v. CIGNA Corporation

Case Number:        07-06144 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

        ADR Program
        United States District Court
        Norther District of California
        450 Golden Gate Avenue Floor 16
        San Francisco, CA 94102

On February 27, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

        Michael Albert Kelly
        Walkup, Melodia, Kelly & Echeverria
        650 California Street
        26th Floor
        San Francisco, CA 94108-2702
        mkelly@walkuplawoffice.com

        Sean Patrick Nalty
        Wilson Elser Moskowitz Edelman & Dicker LLP
        525 Market Street, 17th Floor
        San Francisco, CA 94105-2725
        sean.nalty@wilsonelser.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 27, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov