**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/14/08

Case No.   C-07-6144 SI          Judge:   SUSAN ILLSTON

Title: RONALD WARREN -v- CIGNA CORP

Attorneys: S. Pahlke          S. Nalty

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to **7/18/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **5/15/09    @ 9:00 a.m.**   for Motions
(Motion due **4/10/09**, Opposition **4/24/09** Reply **5/1/09**)

Case continued to **6/23/09  @ 3:30 p.m.**  for Pretrial Conference

Case continued to **7/6/09   @ 8:30 a.m.**  for Trial (court: 5 Days)
Discovery Cutoff: 2/27/09  Designate Experts by: 3/2/09, Rebuttal Experts: 3/13/09 , Expert Discovery Cutoff:4/3/09

ORDERED AFTER HEARING: