IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARREN, | No. C 07-06144 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CIGNA COPRP., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 18, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 27, 2009.

DESIGNATION OF EXPERTS: 3/2/09; REBUTTAL: 3/13/09.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 3, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by April 10, 2009;

    Opp. Due April 24, 2009;  Reply Due May 1, 2009;

    and set for hearing no later than May 15, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 23, 2009 at 3:30 PM.

COURT TRIAL DATE: July 6, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

*Susan Illston*

SUSAN ILLSTON
United States District Judge