LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
DORIS CHENG (State Bar #197731)
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARREN,<br><br>         Plaintiffs,<br><br>     v.<br><br>CIGNA CORPORATION,<br><br>         Defendants. | Case No. 07-06144 SI<br><br>**STIPULATION FOR DISMISSAL** |

WHEREFORE, the parties have resolved this matter by settlement,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 6/30/08

WALKUP, MELODIA, KELLY & SCHOENBERGER

_____
DORIS CHENG, ESQ.
Attorneys for Plaintiff

Dated: July 8, 2008

WILSON, ELSER, MOSKOWITZ, EDELMEN & DICKER

_____
SEAN NALTY, ESQ.
Attorneys for Defendant