LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
DORIS CHENG (State Bar #197731)
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD WARREN,

        Plaintiffs,

v.

CIGNA CORPORATION,

        Defendants.

Case No. 07-06144 SI

**STIPULATION FOR DISMISSAL**

WHEREFORE, the parties have resolved this matter by settlement,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: 6/30/08

WALKUP, MELODIA, KELLY & SCHOENBERGER

_____
DORIS CHENG, ESQ.
Attorneys for Plaintiff

Dated: July 8, 2008

WILSON, ELSER, MOSKOWITZ, EDELMEN & DICKER

_____
SEAN NALTY, ESQ.
Attorneys for Defendant

IT IS SO ORDERED
Judge Susan Illston

STIPULATION FOR DISMISSAL - CASE NO. 07-06144 SI